

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Timothy Darwin Eiland, Appellant

No. 06-19-00044-CR      v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47202-A). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by (1) deleting the assessment of $1,360.00 for attorney fees, (2) deleting the reference to "15 YEARS TDCJ" under the heading "Terms of Plea Bargain" and replacing it with the notation "Not Applicable," and (3) correcting the statute of offense section to show appellant, Timothy Darwin Eiland, violated Article 62.102(b)(3) of the Texas Code of Criminal Procedure. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Timothy Darwin Eiland, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk